UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 02808
   IMLY O PONGENER
   SYLVIA J PONGENER                        CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2695    SSN XXX-XX-5604
```
---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/19/07 and confirmed on 10/16/07.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 43400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 37823.03 | .00 | 37823.03 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 8541.14 | .00 | .00 |
| ARCHER BANK | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 1200.00 | 135.00 | 522.12 |
| PAYDAY LOAN STORE | SECURED VEHIC | 386.00 | .00 | .00 |
| SNAP ON CREDIT | UNSECURED | 3277.57 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16497.58 | .00 | .00 |
| ADVENTIST HEALTH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ALL WORLD STORAGE | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 21849.37 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2326.03 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2361.16 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13317.42 | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9184.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15094.82 | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17121.55 | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 17662.85 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| THE CHICAGO DEPT OF REVE | UNSECURED | 860.00 | .00 | .00 |
| ARYO A SHISHAK MD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1801.48 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 200.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 445.69 | .00 | .00 |
| MR P TALITEMJEN | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 730.47 | .00 | .00 |

```
NICOLAS PANTOJA              UNSECURED       35950.00              .00           .00
PEP EXPRESS PARTS            UNSECURED      NOT FILED              .00           .00
RH DONNELLEY                 UNSECURED      NOT FILED              .00           .00
SPRINT                       UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC          UNSECURED        5112.77              .00           .00
VILLAGE OF MAYWOOD           UNSECURED      NOT FILED              .00           .00
WELLS FARGO LOAN SERVICI     UNSECURED      NOT FILED              .00           .00
ILLINOIS TITLE LOANS         UNSECURED         750.00              .00           .00
SNAP ON CREDIT               UNSECURED        1271.02              .00           .00
       Summary of disbursements:
-----------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED         OTHER          TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  47950.17        .00    165814.13           .00      213764.30
PRINCIPAL PAID      38345.15        .00          .00           .00       38345.15
INTEREST PAID         135.00        .00          .00           .00         135.00
TOTAL PAID          38480.15        .00          .00           .00       38480.15
```

The Debtor's attorney, PAUL M BACH                   , was allowed $  2500.00
and was paid $    800.00   direct and $      .00   through the plan.

The Trustee received $   2069.85 .

Refunds to the Debtor totaled $   2850.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/12/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 02808 IMLY O PONGENER & SYLVIA J PONGENER